People ex rel. Schram v Molina (2023 NY Slip Op 05347)

People v Molina

2023 NY Slip Op 05347

Decided on October 20, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 20, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
LILLIAN WAN, JJ.

2023-09388

[*1]The People of the State of New York, ex rel. Luke Schram, on behalf of Daquan Priester-King, petitioner,
v
Louis Molina, etc., respondent.

Twyla Carter, New York, NY (Luke Schram pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Marjeta Nikolovski of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Daquan Priester-King upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 74877/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., GENOVESI, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court